# EXHIBIT D

Lead, RELATED, APPEAL

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 03-17949-pcb

*Assigned to:* Judge Prudence Carter Beatty              *Date Filed:* 12/17/2003
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Solutia Inc.**<br>575 Maryville Center Drive<br>P.O. Box 66760<br>St. Louis, MO 63166-6760<br>Tax id: 43-1781797<br>*Debtor*<br>*fka*<br>**Queeny Chemical Company**<br>*fdba*<br>**Monsanto Company**<br>*aka*<br>**Acrilan**<br>*aka*<br>**Amcis**<br>*aka*<br>**Ascend**<br>*aka*<br>**AstroTurf**<br>*aka*<br>**Butvar**<br>*aka*<br>**CarboGen**<br>*aka*<br>**Clean Machine**<br>*aka*<br>**ChroMatix**<br>*aka*<br>**Dequest**<br>*aka*<br>**Duraspun**<br>*aka*<br>**EPG**<br>*aka*<br>**Ginny**<br>*aka*<br>**KeepSafe**<br>*aka* | represented by **Allen E. Grimes, III**<br>Dinsmore & Shohl, LLP<br>250 West Main Street<br>Suite 1400<br>Lexington, KY 40507<br>(859) 425-1000<br>Fax : (859) 425-1099<br>Email: allen.grimes@dinslaw.com<br><br>**Anthony P. Sammons**<br>Dinsmore & Shohl, LLP<br>250 West Main Street<br>Suite 1400<br>Lexington, KY 40507<br>(859) 425-1000<br>Fax : (859) 425-1099<br>Email: anthony.sammons@dinslaw.com<br><br>**Conor D. Reilly**<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4000<br>Fax : (212) 351-4035<br>Email: creilly@gibsondunn.com<br><br>**David A. Warfield**<br>Blackwell Sanders Peper Martin LLP<br>720 Olive Street<br>Suite 2400<br>St. Louis, MO 63101<br>(314) 345-6451<br>Fax : (314) 345-6060<br>Email: dwarfield@blackwellsanders.com<br><br>**Jeffrey J. Zeiger**<br>Kirkland & Ellis LLP |

| | |
|---|---|
| **KeepSafe Maximum**<br>*aka*<br>**Llumar**<br>*aka*<br>**Litter Buster**<br>*aka*<br>**Mealmaid**<br>*aka*<br>**Pet Hair Eliminator**<br>*aka*<br>**Pharmaceutical Advisors**<br>*aka*<br>**Pil-Trol**<br>*aka*<br>**Saflex**<br>*aka*<br>**SC50**<br>*aka*<br>**SEF Modacrylic Fiber**<br>*aka*<br>**Skydrol**<br>*aka*<br>**SkyKleen**<br>*aka*<br>**Spray Guard**<br>*aka*<br>**The Smart Yarns**<br>*aka*<br>**ThermaSealed**<br>*aka*<br>**Therminol**<br>*aka*<br>**Ultron**<br>*aka*<br>**Vanceva**<br>*aka*<br>**Vanceva Color**<br>*aka*<br>**Vanceva Design**<br>*aka*<br>**Vanceva Secure**<br>*aka*<br>**Vydyne**<br>*aka*<br>**Wear-Dated** | 200 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-2000<br>Fax : (312) 861-2200<br>Email: jzeiger@kirkland.com<br><br>**Jonathan S. Henes**<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022-4675<br>(212) 446-4927<br>Fax : (212) 446-4900<br>Email: jhenes@kirkland.com<br><br>**M. Natasha Labovitz**<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-4053<br>Fax : (212) 351-4035<br>Email: nlabovitz@gibsondunn.com<br><br>**Robbin L. Itkin**<br>Kirkland & Ellis<br>777 S. Figueroa Street<br>Los Angeles, CA 90017<br>(213) 680-8214<br>Fax : (213) 680-8500<br>Email: ritkin@kirkland.com |
| **United States Trustee**<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 | represented by **Greg M. Zipes**<br>Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |

U.S. Trustee                                                        (212) 510-0500

**Trumbull Group, LLC Claims Agent**
Griffin Center 4 Griffin Road North
Windsor, CT 06095
www.trumbullbankruptcy.com
(860) 687-3805
*Claims and Noticing Agent*

| Filing Date | # | Docket Text |
|---|---|---|
| 02/14/2006 | 2855 | Chapter 11 Plan */Debtors' Joint Plan of Reorganization* filed by Jonathan S. Henes on behalf of Solutia Inc.. (Attachments: # 1 Exhibit A: Relationship Agreement# 2 Exhibit B: Retiree Settlement Agreement)(Henes, Jonathan) (Entered: 02/14/2006) |
| 02/14/2006 | 2856 | Disclosure Statement */Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code* (related document(s)2855) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Attachments: # 1 Exhibits A through L)(Henes, Jonathan) (Entered: 02/14/2006) |
| 02/14/2006 | 2857 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Skema Inc And Skema Design Studio(Claim No.10611, Amount 30,477.93). To Longacre Master Fund, Ltd.. filed by Vladimir Jelisavcic on behalf of Longacre Master Fund, LTD..(Jelisavcic, Vladimir) (Entered: 02/14/2006) |
| 02/14/2006 | 2858 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:ISI Specialists, Inc.(Claim No.215, Amount 212,020.76). To Longacre Master Fund, Ltd.. filed by Vladimir Jelisavcic on behalf of Longacre Master Fund, LTD..(Jelisavcic, Vladimir) (Entered: 02/14/2006) |
| 02/14/2006 | 2859 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Polyone Corporation(Claim No.14061, Amount 148,052.00). To Longacre Master Fund, Ltd.. filed by Vladimir Jelisavcic on behalf of Longacre Master Fund, LTD..(Jelisavcic, Vladimir) (Entered: 02/14/2006) |
| 02/15/2006 | 2860 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:TAYLORTEC(Amount 1,392.61).. To Debt Acquisition Company of America V, LLC. filed by Debt Acquisition Company of America V, LLC.(Fette, Traci) (Entered: 02/15/2006) |
| 02/15/2006 | 2861 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:SUNBELT INDUSTRIAL SUPPLY CO INC(Claim No.1470, Amount 2,157.00). To Debt Acquisition Company of America V, LLC. filed by Debt Acquisition Company of America V, LLC.(Fette, Traci) (Entered: 02/15/2006) |
| 02/16/2006 | 2862 | Withdrawal of Claim(s): *on behalf of Volume Services America, Inc. and Services America Corporation* filed by Jonathan S. Henes on behalf of Solutia Inc..(Henes, |

| | | |
|---|---|---|
| | | Jonathan) (Entered: 02/16/2006) |
| 02/21/2006 | 2863 | Order signed 2/21/06 by Judge Stuart M. Bernstein limiting certain transfers of equity interests in Solutia, Inc. and approving related notice procedures. (Pabon, Carlos) (Entered: 02/21/2006) |
| 02/21/2006 | 2864 | Affidavit of Service *regarding Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and the Debtors' Joint Plan of Reorganization* (related document(s)2855, 2856) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/21/2006) |
| 02/21/2006 | 2865 | Notice of Adjournment of Hearing *Scheduled for February 28, 2006* filed by Jonathan S. Henes on behalf of Solutia Inc.. with hearing to be held on 3/14/2006 at 11:00 AM at Courtroom 701 (PCB) (Henes, Jonathan) (Entered: 02/21/2006) |
| 02/22/2006 | 2866 | Application for Pro Hac Vice Admission *of Richard S. Berger* filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/22/2006) |
| 02/22/2006 | | Receipt of Application for Pro Hac Vice Admission(03-17949-pcb) [motion,122] ( 25.00) Filing Fee. Receipt number 3612161. Fee amount 25.00. (U.S. Treasury) (Entered: 02/22/2006) |
| 02/23/2006 | 2867 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Knapp Poly Pig Inc(Amount 156.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2868 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Erdner Brothers Inc.(Amount 866.88).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2869 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Gilmer, Fredda(Amount 250.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2870 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Taylor Porter Brooks & Phillips LLC(Amount 490.25).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2871 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Advanced Cerametrics Inc(Amount 719.28).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2872 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Screw Conveyor Corp.(Amount 169.19).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2873 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:R E |

| | | |
|---|---|---|
| | | H Associates Inc.(Amount 831.50).. To Trade-Debt.net. filed by Trade-Debt.net. (McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2874 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Orchard Print Center(Amount 151.27).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/23/2006) |
| 02/23/2006 | 2875 | Withdrawal of Claim(s): filed by Dwana C. King on behalf of Louisiana Department of Environmental Quality.(King, Dwana) (Entered: 02/23/2006) |
| 02/23/2006 | 2876 | Matrix /*Master Service List No. 26, Dated February 23, 2006* filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/23/2006) |
| 02/24/2006 | 2877 | Order Granting Motion Extending Defendants'Time to Answer Complaints and Adjourning Pretrial Conferences (Related Doc # 2768) signed on 2/2/2006 by The Honorable Stuart M. Bernstein. (Chou, Rosalyn) (Entered: 02/24/2006) |
| 02/24/2006 | 2878 | Motion to Approve *Solutia's Amendment to Motion, Dated December 20, 2004, for an Order Approving a Settlement Agreement Among Solutia Inc., Pharmacia Corporation and the Water Works and Sewer Board of the City of Anniston* filed by Jonathan S. Henes on behalf of Solutia Inc.. with hearing to be held on 3/14/2006 at 11:00 AM at Courtroom 701 (PCB) Responses due by 3/10/2006, (Henes, Jonathan) (Entered: 02/24/2006) |
| 02/24/2006 | 2879 | Motion to Borrow /*Debtors' Motion for an Order Authorizing the Fourth Amendment of the Debtor in Possession Financing Agreement Pursuant to Sections 105, 363 and 364 of the Bankruptcy Code and Granting Related Relief* (related document(s)2383) filed by Jonathan S. Henes on behalf of Solutia Inc.. with hearing to be held on 3/14/2006 at 11:00 AM at Courtroom 701 (PCB) Responses due by 3/10/2006, (Henes, Jonathan) (Entered: 02/24/2006) |
| 02/24/2006 | 2881 | Transcript *of Hearing held on February 1, 2006, Re: Motion For Order Limiting Certain Transfers Of Equity Interest To Preserve NOLs; Motion To Extend Time To Serve Summons And Complaints In Connection With Various Adversary Proceedings; Motion Of Equistar Chemicals, LP For Relief From Automatic Stay* filed by Veritex, LLC. (Braithwaite, Kenishia) (Entered: 02/27/2006) |
| 02/27/2006 | 2880 | Transcript *of Hearing held on February 1, 2006, Re: Motion For An Order To Extend Deadline To Serve Avoidance Complaints And Canceling Or Adjourning Pretrial Conferences* (related document(s)2768) filed by Veritex, LLC. (Braithwaite, Kenishia) (Entered: 02/27/2006) |
| 02/27/2006 | 2882 | Affidavit of Service *of Laura Saal* (related document(s)2879) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/27/2006) |
| 02/27/2006 | 2883 | Amended Disclosure Statement /*Amended Exhibit D to Debtors' Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code, Filed Feb. 14, 2006* |

| | | |
|---|---|---|
| | | (related document(s)2856) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/27/2006) |
| 02/28/2006 | 2884 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Hulcher Services(Amount 934.00).; Berry, Connie(Amount 454.84); Cattron International LTD(Amount 600.01); James R Moran(Amount 2,250.00). To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/28/2006) |
| 02/28/2006 | 2885 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Gershon, Elizabeth(Amount 356.86).; Security Shredding & Recycling Inc.(Amount 146.40); YSI Inc.(Amount 533.73); Calibration & Quality Control Inc.(Amount 100.00); Diversified Pump & Compressor Inc.(Amount 101.30). To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 02/28/2006) |
| 02/28/2006 | 2886 | Affidavit of Service *regarding Notice of Adjourned Hearing* (related document(s)2865) filed by Trumbull Group, LLC Claims Agent. (Halley, Brendan) (Entered: 02/28/2006) |
| 02/28/2006 | 2887 | Affidavit of Service *regarding Debtors' Motion for an Order Authorizing the Fourth Amendment of the Debtor in Possession Financing Agreement Pursuant to Sections 105, 363 and 364 of the Bankruptcy Code and Granting Related Relief* (related document(s)2879) filed by Trumbull Group, LLC Claims Agent. (Halley, Brendan) (Entered: 02/28/2006) |
| 02/28/2006 | 2888 | Affidavit of Service (related document(s)2878) filed by Trumbull Group, LLC Claims Agent. (Halley, Brendan) (Entered: 02/28/2006) |
| 02/28/2006 | 2890 | Monthly Operating Report *for the Month of January 2006* filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 02/28/2006) |
| 03/01/2006 | 2891 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:General Laboratory Supply(Amount 1,204.55).; Chemical Service Laboratories(Amount 160.00); Renee Jamison Clark(Amount 1,356.25). To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/01/2006) |
| 03/01/2006 | 2892 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Fite & Miller LLC(Amount 1,356.25).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/01/2006) |
| 03/01/2006 | 2893 | Affidavit of Service *of Monthly Operating Report for the Month of January 2006* (related document(s)2890) filed by Jonathan S. Henes on behalf of Solutia Inc.. (Henes, Jonathan) (Entered: 03/01/2006) |
| 03/01/2006 | 2894 | Withdrawal of Claim(s): *Scheduled for Enersolv Inc. in the Amount of $45,987.03* filed by Jonathan S. Henes on behalf of Solutia Inc..(Henes, Jonathan) (Entered: 03/01/2006) |

| | | |
|---|---|---|
| 03/01/2006 | 2895 | Motion to Assume *Debtors' Motion for an Order Authorizing Solutia Inc. to Amend and Assume Certain Agreements Between Solutia Inc. and Western Nonwovens, Inc.* filed by M. Natasha Labovitz on behalf of Solutia Inc.. with hearing to be held on 3/14/2006 at 02:30 PM at Courtroom 701 (PCB) Responses due by 3/9/2006, (Attachments: # 1 Notice# 2 Exhibit A - Redacted U&S Agreement# 3 Exhibit B - Redacted Polymer Agreement# 4 Exhibit C - Proposed Order) (Labovitz, M.) (Entered: 03/01/2006) |
| 03/02/2006 | 2896 | Order signed 3/1/06 by Judge Stuart M. Bernstein Granting Application for Pro Hac Vice Admission of Richard S. Berger. (Related Doc # 2866) (Pabon, Carlos) (Entered: 03/02/2006) |
| 03/02/2006 | 2897 | Withdrawal of Claim(s): *//Withdrawal of Proofs of Claim #'s 10872, 10867, 10873, 10870, and 10871* filed by Jonathan S. Henes on behalf of Solutia Inc..(Henes, Jonathan) (Entered: 03/02/2006) |
| 03/03/2006 | 2898 | Withdrawal of Claim(s): *of Fite & Miller.* (related document(s)2892) filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2899 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Branums Inc.(Amount 200.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2900 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:National Waterworks Inc.(Amount 186.46).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2901 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Lakota Products(Amount 150.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2902 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Nutcracker(Amount 150.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2903 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Simply the Best Inc.(Amount 160.25).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2904 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Boggeros Services(Amount 175.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2905 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Mr. First Aid(Amount 225.75).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/03/2006) |
| | | |

| | | |
|---|---|---|
| 03/03/2006 | 2906 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Fite & Miller LLC(Amount 841.85).. To Trade-Debt.net. filed by Trade-Debt.net. (McGuire, Timothy) (Entered: 03/03/2006) |
| 03/03/2006 | 2907 | Affidavit of Service *regarding Debtors' Motion for an Order Authorizing Solutia Inc. to Amend and Assume Certain Agreements Between Solutia Inc. and Western Nonwovens, Inc.* (related document(s)2895) filed by Trumbull Group, LLC Claims Agent. (Halley, Brendan) (Entered: 03/03/2006) |
| 03/03/2006 | 2908 | Stipulation *Clarifying That Jeremy Dickerson's Proof of Claim Filed October 19, 2004 and His Proof of Claim Amending That Claim and Filed September 1, 2005 Are Not Cumulative* filed by Ronen Sarraf on behalf of Jeremy Dickerson. (Attachments: # 1 Proposed Order)(Sarraf, Ronen) (Entered: 03/03/2006) |
| 03/06/2006 | 2909 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Fitness Equipment Services(Amount 109.50).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/06/2006) |
| 03/06/2006 | 2910 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Restek Corporation(Amount 228.30).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/06/2006) |
| 03/06/2006 | 2911 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Access Plug Flange Inc.(Amount 1,650.00).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/06/2006) |
| 03/07/2006 | 2912 | Notice of Presentment *of Stipulation and Agreed Order Permitting Missouri Private Sector Individual Self-Insurers Guaranty Corporation to File Late Proof of Claim* filed by Jonathan S. Henes on behalf of Solutia Inc.. with presentment to be held on 3/20/2006 at 12:00 PM at Courtroom 701 (PCB) Objections due by 3/20/2006, (Henes, Jonathan) (Entered: 03/07/2006) |
| 03/08/2006 | 2913 | Affidavit *Supplemental Affidavit of P. Eric Siegert in Connection with the Retention of Houlihan Lokey Howard & Zukin Capital by the Official Committee of Unsecured Creditors* filed by Ira S. Dizengoff on behalf of Official Committee of Unsecured Creditors. (Dizengoff, Ira) (Entered: 03/08/2006) |
| 03/09/2006 | 2914 | Affidavit of Service *regarding Stipulation and Agreed Order Permitting Missouri Private Sector Individual Self-Insurers Guaranty Corporation to File Late Proof of Claim* (related document(s)2912) filed by Trumbull Group, LLC Claims Agent. (Halley, Brendan) (Entered: 03/09/2006) |
| 03/09/2006 | 2915 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Scaritt Law Group(Amount 1,099.58).; Control Elements Inc.(Amount 120.00); Cintas First Aid & Safety Co.(Amount 112.90); Southern Power Inc. (Amount 247.79); Siegfried, Helen(Amount 1,712.30); Pugh, G(Amount 153.98); Marcia Johnson Interior Design(Amount 1,000.00). To Trade-Debt.net. filed by |

| | | |
|---|---|---|
| | | Trade-Debt.net.(McGuire, Timothy) (Entered: 03/09/2006) |
| 03/09/2006 | 2916 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferors:Cowin Equipment Co. Inc(Amount 1,890.21).. To Trade-Debt.net. filed by Trade-Debt.net.(McGuire, Timothy) (Entered: 03/09/2006) |
| 03/09/2006 | 2917 | Statement / *Status Report of the Official Committee of Equity Security Holders* filed by Karen Dine on behalf of Official Committee of Equity Security Holders. with hearing to be held on 3/14/2006 at 11:00 AM at Courtroom 701 (PCB) (Attachments: # 1 Affidavit of Service) (Dine, Karen) (Entered: 03/09/2006) |
| 03/09/2006 | 2918 | Notice of Hearing *on Motion for an Order Approving the Disclosure Statement* filed by Jonathan S. Henes on behalf of Solutia Inc.. with hearing to be held on 5/1/2006 at 11:00 AM at Courtroom 701 (PCB) Objections due by 4/24/2006, (Henes, Jonathan) (Entered: 03/09/2006) |
| 03/09/2006 | 2919 | Supplemental Response to Motion *of General Electric Capital Corporation for Entry of a Scheduling Order* (related document(s)2690) filed by David A. Warfield on behalf of Solutia Inc.. (Warfield, David) (Entered: 03/09/2006) |
| 03/10/2006 | 2920 | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Advanced Weigh Technologies(Amount 2,298.43).. To Argo Partners. filed by Matthew Alexander Gold on behalf of Argo Partners.(Gold, Matthew) (Entered: 03/10/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/10/2006 15:20:40 | | | |
| **PACER Login:** | he0018 | **Client Code:** | 76891-2 43 Arnold |
| **Description:** | Docket Report | **Search Criteria:** | 03-17949-pcb Fil or Ent: Fil From: 2/14/2006 To: 3/10/2006 Doc From: 0 Doc To: 99999999 Links: n Format: HTMLfmt |
| **Billable Pages:** | 21 | **Cost:** | 1.68 |

# EXHIBIT E

Case 1:07-cv-03258-VM   Document 1-10   Filed 04/23/2007   Page 11 of 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

ARMAND CORLEW et al.,

                Plaintiffs,         Case No.:

    -against-                      **NOTICE OF CONSENT TO REMOVAL**

GENERAL ELECTRIC COMPANY, et al.,

                Defendants.

―――――――――――――――――――――――――x

PLEASE TAKE NOTICE that Solutia Inc., a defendant in the above-captioned cause of action (the "Cause of Action"), hereby consents to the Notice of Removal of the Cause of Action, filed by General Electric Company, Monsanto Company, and Pharmacia Corporation on April 23, 2007. This Consent to Removal is not intended to and does not constitute an appearance by Solutia Inc., which is a Debtor and a Debtor-In-Possession under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330, in Case No. 03-17949 (PCB) pending in the United States Bankruptcy Court for the Southern District of New York.

Dated: St. Louis, Missouri
        April 20, 2007

                                                Timothy C. Mooney, Jr., Esq.
                                                Solutia Inc.
                                                575 Maryville Centre Drive
                                                P.O. Box 66760
                                                St. Louis, MO 63166-6760
                                                Telephone: (314) 674-1000
                                                Facsimile: (314) 674-5588

GE Litigation -- Solutia's Consent to Removal - Corlew.DOC