# EXHIBIT
# E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

ARMAND CORLEW et al.,

                       Plaintiffs,               Case No.:

            -against-                  **NOTICE OF CONSENT
TO REMOVAL**

GENERAL ELECTRIC COMPANY, et al.,

                     Defendants.

———————————————————————x

PLEASE TAKE NOTICE that Solutia Inc., a defendant in the above-captioned cause of

action (the "Cause of Action"), hereby consents to the Notice of Removal of the Cause of

Action, filed by General Electric Company, Monsanto Company, and Pharmacia Corporation on

April 23, 2007.  This Consent to Removal is not intended to and does not constitute an

appearance by Solutia Inc., which is a Debtor and a Debtor-In-Possession under Chapter 11 of

the Bankruptcy Code, 11 U.S.C. §§ 101-1330, in Case No. 03-17949 (PCB) pending in the

United States Bankruptcy Court for the Southern District of New York.

Dated: St. Louis, Missouri
      April 20, 2007

                               Timothy C. Mooney, Jr., Esq.
                               Solutia Inc.
                               575 Maryville Centre Drive
                               P.O. Box 66760
                               St. Louis, MO  63166-6760
                               Telephone:  (314) 674-1000
                               Facsimile:  (314) 674-5588

GE Litigation -- Solutia's Consent to Removal - Corlew.DOC