**07 CV 3258**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

ARMAND CORLEW, et al.,

        Plaintiffs,

    -against-

GENERAL ELECTRIC COMPANY.,

        Defendants.

——————————————————————x

Case No. _____

[RECEIVED APR 2 3 2007 U.S.D.C. S.D.N.Y. CASHIERS]

### RULE 7.1 STATEMENT OF MONSANTO COMPANY, PHARMACIA CORPORATION AND GENERAL ELECTRIC COMPANY

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Defendant **Pharmacia** Corporation is a wholly-owned subsidiary of **Pfizer,** Inc., and that Defendant Monsanto Company has no parent company and that no publicly owned company owns more than 10% of its stock.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Defendant General Electric Company has no parent company and no publicly owned entity owns more than 10% of its stock.

Dated: New York, New York
      April 23, 2007

LEADER & BERKON LLP

By: _/s/ James K. Leader_
JAMES K. LEADER (JL-9417)
THOMAS K. RICHARDS (TR-8945)
630 Third Avenue, 17th Floor
New York, New York 10017
(212) 486-2400

-and-

Thomas M. Carney
Kenneth R. Heineman
Carol A. Rutter
Adam Miller
Mark G. Arnold
HUSCH & EPPENBERGER, LLP
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

*Attorneys for Defendants Monsanto
Company and Pharmacia Corporation*

BOND, SCHOENECK & KING, PLLC


By: _____/s/_____
ARTHUR J. SIEGEL (AS-5181)
111 Washington Avenue
Albany, New York 12210
(518) 533-3000

*Attorneys for Defendant General
Electric Company*

To:  Lawrence P. Biondi, Esq.
     Law Offices of Lawrence P. Biondi
     81 Main Street, Suite 504
     White Plains, NY 10601

     *Attorneys for Plaintiffs*