# EXHIBIT B

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  26960/06

Purchased/Filed: December 5, 2006

STATE OF NEW YORK        SUPREME COURT        QUEENS COUNTY

---

*SB Total Transport Inc.*       Plaintiff

against

*Seko Worldwide LLC, et al*       Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____Diane Koehler_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____December 14, 2006_____ , at _2:00 pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____Seko Customs Brokerage, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Belinda Capers-Gardiner_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __40__  Approx. Wt: __185 lbs__  Approx. Ht: __5' 9"__

Color of skin: __Black__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this

_18TH_ day of _____December, 2006_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Diane Koehler

Invoice•Work Order # SP0605522

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

Index No.    26960    Year    2006
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

SB TOTAL TRANSPORT INC.,

Plaintiff,

-against-

SEKO WORLDWIDE, LLC, SEKO CUSTOMS
BROKERAGE, INC., SEKO WORLDWIDE, INC.,
DISCOVERY CARGO, INC. and TARGET LOGISTIC
SERVICES, a division of TARGET LOGISTICS, INC.,

Defendants.

---

AFFIDAVIT OF SERVICE

---

Signature (Rule 130-1.1-a)

Print name beneath    Mitchell A. Nathanson

THE NATHANSON LAW FIRM LLP
Attorney for    Plaintiff

Office and Post Office Address, Telephone
81 HEMPSTEAD AVENUE
LYNBROOK, NY 11563
TEL. (516) 568-0000
FAX (516) 568-9456

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

Attorney(s) for

---

PLEASE take notice that the within is a (certified)
true copy of a
duly entered in the office of the clerk of the within
named court on.

NOTICE OF ENTRY

Dated,
Yours, etc.
THE NATHANSON LAW FIRM LLP
Attorney for

Office and Post Office Address
81 HEMPSTEAD AVENUE
LYNBROOK, NY 11563

To

Attorney(s) for

---

PLEASE take notice that an order

NOTICE OF SETTLEMENT

of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named Court, at

on

Dated,    M.

Yours, etc.
THE NATHANSON LAW FIRM LLP
Attorney for

Office and Post Office Address
81 HEMPSTEAD AVENUE
LYNBROOK, NY 11563

To

Attorney(s) for

2900 – BlumbergExcelsior Inc., NYC 10013

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  26960/06                                    Purchased/Filed: December 5, 2006

STATE OF NEW YORK                SUPREME COURT                QUEENS COUNTY

---

*SB Total Transport Inc.*                                    Plaintiff

against

*Seko Worldwide LLC, et al*                                  Defendant

---

STATE OF NEW YORK            SS.:
COUNTY OF ALBANY

_____ Diane Koehler _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ December 15, 2006 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____ Discovery Cargo, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __38__     Approx. Wt: __145__     Approx. Ht: __5'5"__

Color of skin: __White__     Hair color: __Blonde__     Sex: __F__     Other: _____

Sworn to before me on this

__20th__ day of _____ December, 2006 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Diane Koehler

Invoice•Work Order # SP0605520

*SERVICO. INC. -  PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 26960/06

Purchased/Filed: December 5, 2006

STATE OF NEW YORK                    SUPREME COURT                    QUEENS COUNTY

---

*SB Total Transport Inc.*                                                 Plaintiff

against

*Seko Worldwide LLC, et al*                                              Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Diane Koehler _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ December 19, 2006 _____, at __2:00 pm__, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____ Seko Worldwide, LLC _____, the

Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___23___   Approx. Wt: ___160___   Approx. Ht: ___5'9"___

Color of skin: __White__   Hair color: __Blonde__   Sex: ___F___   Other: _____

Sworn to before me on this

__22nd__ day of _____ December, 2006 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Diane Koehler

Invoice•Work Order # SP0605518

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  26960/06                                        Purchased/Filed: December 5, 2006

STATE OF NEW YORK                    SUPREME COURT                    QUEENS COUNTY

---

*SB Total Transport Inc.*                                                Plaintiff

against

*Seko Worldwide LLC, et al*                                            Defendant

---

STATE OF NEW YORK             SS.:
COUNTY OF ALBANY

_____Diane Koehler_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____December 19, 2006_____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____Seko Worldwide, Inc. nka Seko Customs Brokerage, Inc. sha Seko Worldwide, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __23__     Approx. Wt: __160__     Approx. Ht: __5'9"__

Color of skin: __White__     Hair color: __Blonde__     Sex: __F__     Other: _____

Sworn to before me on this

__22nd__ day of _____December, 2006_____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

_____
Diane Koehler

Invoice•Work Order # SP0605519

**SERVICO. INC. -  PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

Index No.    26960        Year    2006
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

SB TOTAL TRANSPORT INC.,

Plaintiff,

-against-

SEKO WORLDWIDE, LLC, SEKO CUSTOMS
BROKERAGE, INC., SEKO WORLDWIDE, INC.,
DISCOVERY CARGO, INC. and TARGET LOGISTIC
SERVICES, a division of TARGET LOGISTICS, INC.,

Defendants.

---

AFFIDAVITS OF SERVICE

---

Signature (Rule 130-1.1-a)

Print name beneath        Mitchell A. Nathanson

*Attorney for* **Plaintiff**

THE NATHANSON LAW FIRM LLP

*Office and Post Office Address, Telephone*
**81 HEMPSTEAD AVENUE**
LYNBROOK, NY 11563
TEL. (516) 568-0000
FAX (516) 568-9456

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

Attorney(s) for

2900 - **Blumberg** Excelsior, Inc., NYC 10013

---

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*)
true copy of a
duly entered in the office of the clerk of the within
named court on

Dated,

Yours, etc.

THE NATHANSON LAW FIRM LLP

*Attorney for*

*Office and Post Office Address*
**81 HEMPSTEAD AVENUE**
LYNBROOK, NY 11563

To

Attorney(s) for

---

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented
for settlement to the Hon.

one of the judges of the within named Court, at

on

Dated,        M.

Yours, etc.

THE NATHANSON LAW FIRM LLP

*Attorney for*

*Office and Post Office Address*
**81 HEMPSTEAD AVENUE**
LYNBROOK, NY 11563

To

Attorney(s) for

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  26960/06

Purchased/Filed: December 5, 2006

STATE OF NEW YORK                    SUPREME COURT                    QUEENS COUNTY

*SB Total Transport Inc.*                                                      Plaintiff

against

*Seko Worldwide LLC, et al*                                                Defendant

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Diane Koehler _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ December 14, 2006 _____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____ Target Logistic Services, Inc.  sued herein as Target Logistic Services _____ , the

Defendant in this action, by delivering to and leaving with _____ Belinda Capers-Gardiner _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __40__    Approx. Wt: __185 lbs__    Approx. Ht: __5' 9"__

Color of skin: __Black__    Hair color: __Black__    Sex: __Female__    Other: _____

Sworn to before me on this

__18TH__ day of _____ December, 2006 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Diane Koehler

Invoice/Work Order # SP0605521

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

PLEASE take notice that the within is a (*certified*)
true copy of a
duly entered in the office of the clerk of the within
named court on

Dated,

NOTICE OF ENTRY

Yours, etc.

**THE NATHANSON LAW FIRM LLP**

*Attorney for*

*Office and Post Office Address*
**81 HEMPSTEAD AVENUE**
LYNBROOK, NY 11563

To

Attorney(s) for

---

**NOTICE OF SETTLEMENT**

PLEASE take notice that an order
of which the within is a true copy will be presented
for settlement to the Hon.

one of the judges of the within named Court, at

Dated,

M.

Yours, etc.

**THE NATHANSON LAW FIRM LLP**

*Attorney for*

*Office and Post Office Address*
**81 HEMPSTEAD AVENUE**
LYNBROOK, NY 11563

To

Attorney(s) for

---

Index No.   26960      Year   2006

SB TOTAL TRANSPORT INC.,

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

Plaintiff,

-against-

SEKO WORLDWIDE, LLC, SEKO CUSTOMS
BROKERAGE, INC., SEKO WORLDWIDE, INC.,
DISCOVERY CARGO, INC. and TARGET LOGISTIC
SERVICES, a division of TARGET LOGISTICS, INC.,

Defendants.

---

**AFFIDAVIT OF SERVICE**

Signature (Rule 130-1.1-a)

Print name beneath       Mitchell A. Nathanson

**THE NATHANSON LAW FIRM LLP**

*Attorney for*       Plaintiff

*Office and Post Office Address, Telephone*
**81 HEMPSTEAD AVENUE**
LYNBROOK, NY 11563
TEL. (516) 568-0000
FAX (516) 568-9456

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

Attorney(s) for

2900 – **Blumberg**Excelsior Inc., NYC 10013

# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
————————————————————————————X

SB TOTAL TRANSPORT INC.,

                                        Plaintiff,          Index No. 26960/06

                    -against-

SEKO WORLDWIDE, LLC, SEKO CUSTOMS          **SEKO WORLDWIDE, LLC'S**
BROKERAGE, INC., SEKO WORLDWIDE INC.,      **VERIFIED ANSWER**
DISCOVERY CARGO, INC. AND TARGET LOGISTIC
SERVICES, a division of TARGET LOGISTICS, INC.,

                                        Defendants.

————————————————————————————X

        Defendants, SEKO Worldwide, LLC, SEKO Customs Brokerage, Inc. and SEKO

Worldwide, Inc. (collectively, "SEKO"), by its attorneys Leader & Berkon LLP and Goldberg

Kohn Bell Black Rosenbloom & Moritz, Ltd., Answer the Complaint of Plaintiff, SB Total

Transport, Inc., as follows:

        1.      SEKO denies knowledge or information sufficient to form a belief as to

the truth of the allegations contained in paragraph 1 of the Complaint.

        2.      SEKO admits that SEKO Worldwide, LLC is a Delaware limited liability

company with its principal place of business located at 1100 Arlington Heights Road, Suite 600,

Itasca, Illinois 60143. Except as expressly admitted, SEKO denies the allegations contained in

paragraph 2 of the Complaint.

        3.      SEKO admits that SEKO CUSTOM BROKERAGE, INC. and SEKO

WORLDWIDE, INC. are Delaware corporations with their principal place of business located at

1100 Arlington Heights Road, Suite 600, Itasca, Illinois 60143. Except as expressly admitted,

SEKO denies the allegations contained in paragraph 3 of the Complaint.

63701 Ans_JJJ FINAL

4.      SEKO denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint.

5.      SEKO denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint.

### AS AND FOR SEKO'S ANSWER TO
### THE FIRST CAUSE OF ACTION

6.      In response to the allegations contained in paragraph 6 of the Complaint, SEKO hereby repeats and realleges each and every answer to paragraphs 1 through 5 of the Complaint as if they were fully set forth herein.

7.      SEKO denies that it requested services from Plaintiff at any time prior to June 1, 2006. Further answering, SEKO denies that prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf. SEKO denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 7 of the Complaint.

8.      SEKO denies that it requested services from Plaintiff at any time prior to June 1, 2006. Further answering, SEKO denies that prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf. SEKO denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the Complaint.

9.      SEKO denies that it requested services from Plaintiff at any time prior to June 1, 2006. Further answering, SEKO denies that prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf. Consequently, SEKO denies that it is indebted to



Plaintiff in any amount. SEKO denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 9 of the Complaint.

**AS AND FOR SEKO'S ANSWER TO
THE SECOND CAUSE OF ACTION**

10.     In response to the allegations contained in paragraph 10 of the Complaint, SEKO hereby repeats and realleges each and every answer to paragraphs 1 through 9 of the Complaint as if they were fully set forth herein.

11.     SEKO denies that it directed Plaintiff to render periodic statements of account at any time prior to June 1, 2006. Further answering, SEKO denies that, prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf or that SEKO directed Plaintiff to render any services on its behalf. Consequently, SEKO denies that it is indebted to Plaintiff in any amount. SEKO admits that Exhibit A appears to be invoices. SEKO denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 11 of the Complaint.

12.     SEKO denies that it requested services from Plaintiff at any time prior to June 1, 2006. Further answering, SEKO denies that prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf. Consequently, SEKO denies that it is indebted to Plaintiff in any amount. SEKO denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 12 of the Complaint.

13.     SEKO denies that it requested services from Plaintiff at any time prior to June 1, 2006. Further answering, SEKO denies that prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf. Consequently, SEKO denies that it is indebted to Plaintiff in any amount. SEKO denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 13 of the Complaint.

14.    SEKO denies that it requested services from Plaintiff at any time prior to June 1, 2006. Further answering, SEKO denies that prior to June 1, 2006, Plaintiff rendered any services of any kind on SEKO's behalf. Consequently, SEKO denies that it is indebted to Plaintiff in any amount. SEKO denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 14 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

15.    The Complaint fails to state a cause of action against SEKO.

## SECOND AFFIRMATIVE DEFENSE

16.    Plaintiff's damages, if any, were caused in whole or in part by individuals or entities other than SEKO, and over whom SEKO had no control or responsibility.

## THIRD AFFIRMATIVE DEFENSE

17.    The Complaint is barred as against SEKO for lack of privity.

## FOURTH AFFIRMATIVE DEFENSE

18.    The Complaint is barred by the Statute of Limitations.

WHEREFORE, SEKO demands judgment dismissing the Complaint against

SEKO, awarding costs and disbursements in connection with this action, including reasonable

attorneys' fees, and such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         February 5, 2007

LEADER & BERKON LLP

By: _Judith A Joseph Jenkins_

GLEN SILVERSTEIN
JUDITH A. JOSEPH JENKINS
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400

-and-

William C. Meyers
Vanessa B.M. Vergara
GOLDBERG KOHN BELL BLACK
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3700
Chicago, IL 60603
(312) 201-4000

*Attorneys for Defendants
Seko Worldwide LLC, Seko
Customs Brokerage, Inc. and Seko
Worldwide Inc*

To:   Mitchell A. Nathanson, Esq.
      THE NATHANSON LAW FIRM LLP
      81 Hempstead Avenue
      Lynbrook, New York 11563
      *Attorneys for Plaintiff
      SB Total Transport Inc.*

## VERIFICATION

I, William J. Wascher, President and CEO of SEKO Worldwide, LLC., under penalties as provided by law pursuant to Article 30-3020 of the New York Code of Civil Procedure, certify that the statements set forth in SEKO Worldwide LLC's Verified Answer to Verified Complaint are true and correct, to the best of my knowledge, information and belief.

*William J. Wascher*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
Index No. 26960-06

SB TOTAL TRANSPORT, INC.,

Plaintiff,

-against-

SEKO WORLDWIDE, LLC, SEKO CUSTOMS
BROKERAGE, INC., SEKO WORLDWIDE INC.,
DISCOVERY CARGO, INC. AND TARGET
LOGISTIC SERVICES, a division of TARGET
LOGISTICS, INC.,

Defendants.

SEKO WORLDWIDE, LLC'S VERIFIED ANSWER

LEADER & BERKON LLP
630 THIRD AVENUE
NEW YORK, NY 10017

(212) 486-2400

ATTORNEYS FOR

NON-PARTY
MORGAN STANLEY CO. INCORPORATED

# EXHIBIT
# D

# David Bolton, P.C.

*Attorney at Law*

666 Old Country Road
Suite 509
Garden City, New York 11530
Tel: (516) 222-0600
Fax (516) 222-1110

David Bolton, Esq.

Christopher Hanscom, Esq.,
Of Counsel

February 1, 2007

**Via Fax:**

Mitchell A. Nathanson, Esq.
The Nathanson Law Firm
81 Hempstead Avenue
Lynbrook, New York 11563

Re:  SB Total Transport Inc. v. Seko Worldwide, et al
Index No.: 26960/06

Dear Mitchell:

This shall confirm that the time for Discovery Cargo, Inc and Target Logistic Services to respond to the Complaint in the action referred to above has been extended up to and including February 5, 2007.

Please sign below to confirm same and fax this letter back to my attention.

Your consideration in this matter is appreciated. Do not hesitate to contact me if you have any questions.

Very truly yours,

Christopher Hanscom

Accepted and Agreed:

Mitchell A. Nathanson

# EXHIBIT
# E

576-222-1110
Attn: Chris Wanscom

LAW OFFICES

*Countryman & McDaniel*

MICHAEL S. McDANIEL●
BYRON E. COUNTRYMAN
ANDREW D. KEHAGIARAS‡
CHRISTOPH M. WAHNER

‡ALSO ADMITTED IN MICHIGAN
●PROCTOR IN ADMIRALTY

LAX AIRPORT CENTER
ELEVENTH FLOOR
5933 WEST CENTURY BOULEVARD
LOS ANGELES, CALIFORNIA 90045
TEL (310) 342-6500
FAX (310) 342-6505
E-MAIL: info@cargolaw.com
www.cargolaw.com

9 January 2007

**Via facsimile to: 516.568.9456**
Mitchell A. Nathanson, Esq.
The Nathanson Law Firm LLP
81 Hempstead Avenue
Lynbrook, NY 11563

> Re: ***Target Logistics, Inc. adv. SB Total Transport, Inc.***
> **New York Supreme Court Case No.** : **26960/06**
> **Our Reference** : **4809-901**
> **Claim Amount** : **Not Advised**
>
> Subject: <u>**Acknowledgment**</u>

Dear Mr. Nathanson:

I am writing on behalf of Target Logistics, Inc. to acknowledge your letter dated 5 January 2007.

Our client is a publicly traded entity which prefers to resolve disputes by voluntary means. Unfortunately, the subject matter of your action cannot be identified without reviewing the complaint. Accordingly, I would appreciate receiving a copy of the complete lawsuit by return fax -- and a suitable time extension for reviewing this matter with an eye toward resolution.

Thank you in advance for this courtesy.

With kind regards,

*Countryman & McDaniel*

Michael S. McDaniel

MSM/aw

L:\Cases\Target Logistics\SB Total Transport\Nathanson-ltr-001.wpd

LAW OFFICES



## Countryman & McDaniel

MICHAEL S. McDANIEL•
BYRON E. COUNTRYMAN
ANDREW D. KEHAGIARAS‡◦
CHRISTOPH M. WAHNER

LAX AIRPORT CENTER
ELEVENTH FLOOR
5933 WEST CENTURY BOULEVARD
LOS ANGELES, CALIFORNIA 90045
TEL (310) 342-6500
FAX (310) 342-6505
E-MAIL: info@cargolaw.com
www.cargolaw.com

•ALSO ADMITTED IN MICHIGAN
‡PROCTOR IN ADMIRALTY

6 February 2007

**Via Facsimile to 516-568-9456**
Mitchell A. Nathanson, Esq.
The Nathanson Law Firm LLP
81 Hempstead Avenue
Lynbrook, NY 11563

Re:   *Target Logistics, Inc. adv. SB Total Transport, Inc.*
      New York Supreme Court Case No.    :    26960/06
      **Our Reference**                  :    **4809-901**
      **Claim Amount**                   :    **Not Advised**

Dear Mr. Nathanson:

I am receipt of a copy of my correspondence regarding our request for dismissal of Target Logistic Services from the above-referenced lawsuit, upon which you had handwritten "no."

We are of course aware Mr. David Bolton of Garden City, New Jersey has assumed the defense of Target Logistic Services. Irrespective of that fact, this firm represents Target Logistic Services Inc. and demands its immediate dismissal based upon the Discovery asset purchase agreement, a copy of the front page of which was previously sent to you.

You are now on notice that Target Logistic Services has no legal responsibility for the debt of Discovery. Your failure to dismiss Target in 5 days shall result in our instruction to Mr. Bolton to proceed with appropriate motions for Target's dismissal to include attorneys' fees and sanctions for the inappropriate and malicious prosecution of Target in this matter.

With kind regards,

*Countryman & McDaniel*

Byron E. Countryman
BEC/mp

I:\Cases\Target Logistics\SB Total Transport\Nathanson ltr-003.wpd

LAW OFFICES

*Countryman & McDaniel*

Mitchell A. Nathanson, Esq.
The Nathanson Law Firm LLP
6 February 2007
Page 2

cc:    David Bolton, Esq.
       David Bolton, P.C.

cc:    Chris Coppersmith, President, CEO
       Target Logistic Services Inc.

# EXHIBIT
# F

# THE Nathanson Law Firm LLP

81 Hempstead Avenue
Lynbrook, NY 11563
(516) 568-0000
Fax (516) 568-9456

Mark Nathanson
Mitchell A. Nathanson

mark@nathansonlaw.com
mitchell@nathansonlaw.com

Of Counsel:
Diane Memmoli

January 5, 2007

***Personal & Confidential***

Discovery Cargo, Inc.
147-10 181st Street
Jamaica, NY 11413

Re:    SB Total Transport Inc.

To the Above-Named Defendant:

Please be advised that an action has been commenced against you. Service has been made on the Secretary of State pursuant to BCL §306(b). A copy of the Summons is enclosed in accordance with CPLR 3215(g)4(ii).

Failure to respond within 20 days may result in the entry of a default judgment against you.

Please guide yourself accordingly.

Very truly yours,

MITCHELL A. NATHANSON

MAN/ej
Enc.

# THE Nathanson Law Firm LLP

**81 Hempstead Avenue**
**Lynbrook, NY 11563**
**(516) 568-0000**
**Fax (516) 568-9456**

Mark Nathanson                                                                  mark@nathansonlaw.com
Mitchell A. Nathanson                                                      mitchell@nathansonlaw.com

Of Counsel:
Diane Memmoli

January 5, 2007

***\*Personal & Confidential\****

Target Logistic Services, Inc.
1400 Glenn Curtiss Street
Carson, CA 90746

Re:     SB Total Transport Inc.

To the Above-Named Defendant:

Please be advised that an action has been commenced against you. Service has been made on the Secretary of State pursuant to BCL §306(b). A copy of the Summons is enclosed in accordance with CPLR 3215(g)4(ii).

Failure to respond within 20 days may result in the entry of a default judgment against you.

Please guide yourself accordingly.

Very truly yours,

MITCHELL A. NATHANSON

MAN/ej
Enc.

N:\CLIENTS\SB TOTAL TRANSPORT\BCL306-LTR6.wpd

# THE Nathanson Law Firm LLP

81 Hempstead Avenue
Lynbrook, NY 11563
(516) 568-0000
Fax (516) 568-9456

Mark Nathanson                                              mark@nathansonlaw.com
Mitchell A. Nathanson                                       mitchell@nathansonlaw.com

Of Counsel:
Diane Memmoli

January 5, 2007

***Personal & Confidential***

Target Logistic Services, a
  Division of Target Logistics, Inc.
1400 Glenn Curtiss Street
Carson, CA 90746

Re:     SB Total Transport Inc.

To the Above-Named Defendant:

Please be advised that an action has been commenced against you. Service has been made on the Secretary of State pursuant to BCL §306(b). A copy of the Summons is enclosed in accordance with CPLR 3215(g)4(ii).

Failure to respond within 20 days may result in the entry of a default judgment against you.

Please guide yourself accordingly.

Very truly yours,

MITCHELL A. NATHANSON

MAN/ej
Enc.