**07 CV 3258**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

ARMAND CORLEW, et al.,

            Plaintiffs,

   -against-                 Case No. _____

GENERAL ELECTRIC COMPANY.,

            Defendants.

——————————————————————x

*(Received APR 23 2007 U.S. CASHIERS)*

### RULE 7.1 STATEMENT OF MONSANTO COMPANY, PHARMACIA CORPORATION AND GENERAL ELECTRIC COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Defendant **Pharmacia** Corporation is a wholly-owned subsidiary of **Pfizer,** Inc., and that Defendant Monsanto Company has no parent company and that no publicly owned company owns more than 10% of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Defendant General Electric Company has no parent company and no publicly owned entity owns more than 10% of its stock.

Dated: New York, New York
      April 23, 2007

LEADER & BERKON LLP

By: _____
JAMES K. LEADER (JL-9417)
THOMAS K. RICHARDS (TR-8945)
630 Third Avenue, 17th Floor
New York, New York 10017
(212) 486-2400

-and-

Thomas M. Carney
Kenneth R. Heineman
Carol A. Rutter
Adam Miller
Mark G. Arnold
HUSCH & EPPENBERGER, LLP
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

*Attorneys for Defendants Monsanto Company and Pharmacia Corporation*

BOND, SCHOENECK & KING, PLLC


By: _____/s/_____
ARTHUR J. SIEGEL (AS-5181)
111 Washington Avenue
Albany, New York 12210
(518) 533-3000

*Attorneys for Defendant General Electric Company*

To:  Lawrence P. Biondi, Esq.
     Law Offices of Lawrence P. Biondi
     81 Main Street, Suite 504
     White Plains, NY 10601

     *Attorneys for Plaintiffs*