UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x

ARMAND CORLEW et al.,

                Plaintiffs,   Case No.: 07cv3258(KMV)

   -against-   **NOTICE OF CONSENT TO REMOVAL**

GENERAL ELECTRIC COMPANY, et al.,

                Defendants.

―――――――――――――――――――――x

     PLEASE TAKE NOTICE that Solutia Inc., a defendant in the above-captioned cause of action (the "Cause of Action"), hereby consents to the Notice of Removal of the Cause of Action, filed by General Electric Company, Monsanto Company, and Pharmacia Corporation on April 23, 2007. This Consent to Removal is not intended to and does not constitute an appearance by Solutia Inc., which is a Debtor and a Debtor-In-Possession under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330, in Case No. 03-17949 (PCB) pending in the United States Bankruptcy Court for the Southern District of New York.

Dated: St. Louis, Missouri
       April 20, 2007

                                                   Timothy C. Mooney, Jr., Esq.
                                                   Solutia Inc.
                                                   575 Maryville Centre Drive
                                                   P.O. Box 66760
                                                   St. Louis, MO 63166-6760
                                                   Telephone: (314) 674-1000
                                                   Facsimile: (314) 674-5588

GE Litigation -- Solutia's Consent to Removal - Corlew.DOC