UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

ARMAND CORLEW, et al.,

                Plaintiffs,         Case No: 07 CV 3258 (KMV)

      -against-                      **NOTICE OF BANKRUPTCY**

GENERAL ELECTRIC COMPANY et al.,

                Defendants.

_____ x

    PLEASE TAKE NOTICE that on the 17th day of December 2003, the United States Bankruptcy Court for the Southern District of New York entered an Order for Relief under chapter 11 of title 11 of the United States Code in each of the following cases:

| | |
|---|---|
| Solutia Business Enterprises, Inc. | 03-17948 |
| Solutia Inc. | 03-17949 |
| Solutia Systems, Inc. | 03-17950 |
| Solutia Overseas, Inc. | 03-17951 |
| CPFilms Inc. | 03-17952 |
| Solutia Management Company, Inc. | 03-17953 |
| Monchem International, Inc. | 03-17954 |
| Axio Research Corporation | 03-17955 |
| Solutia Investments, LLC | 03-17956 |
| Beamer Road Management Company | 03-17957 |
| Monchem, Inc. | 03-17958 |
| Solutia Inter-America, Inc. | 03-17959 |
| Solutia International Holding, LLC | 03-17960 |
| Solutia Taiwan, Inc. | 03-17961 |
| Solutia Greater China, Inc. | 03-17962 |

The above-referenced cases are jointly administered under case no. 03-17949 (PCB). A true and correct copy of the voluntary petition of Solutia Inc. is attached hereto.

    PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of their respective voluntary petitions operate as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other

actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

Dated:   April 27, 2007
         New York, New York

Respectfully submitted,

/s/ Jonathan S. Henes

Richard M. Cieri (NY RC 6062)
Jonathan S. Henes (NY JH 1979)
**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Attorneys for Solutia Inc.

(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>SOUTHERN District of NEW YORK | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SOLUTIA INC. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>See Attachment | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 43-1781797 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): N/A |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>575 Maryville Center Drive<br>P.O. Box 66760<br>St. Louis, MO 63166-6760 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>N/A |
| County of Residence or of the Principal Place of Business: St. Louis County, Missouri | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☐ Individual(s)            ☐ Railroad
☒ Corporation              ☐ Stockbroker
☐ Partnership              ☐ Commodity Broker
☐ Other _____            ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7      ☒ Chapter 11     ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business     ☒ Business

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121 (e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 Million | More than $100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

American LegalNet, Inc.
www.USCourtForms.com

(Official Form 1) (12/03)                                                                                                                         FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>SOLUTIA INC. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years**    (If more than one, attach additional sheet)

| Location<br>Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet)

| Name of Debtor:<br>See Attachment | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X /s/ Conor D. Reilly
Signature of Attorney for Debtor(s)
Conor D. Reilly
Printed Name of Attorney for Debtor(s)
Gibson, Dunn & Crutcher LLP
Firm Name
200 Park Avenue
New York, NY 10166-0193
Address
(212) 351-4000
Telephone Number
December 17, 2003
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Jeffry N. Quinn
Signature of Authorized Individual
Jeffry N. Quinn
Printed Name of Authorized Individual
Senior Vice President, General Counsel and Chief Restructuring Officer
Title of Authorized Individual
December 17, 2003
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10 K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made a part of this petition,
☐ No.

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                         :   Chapter 11
:
SOLUTIA INC.,                                 :   Case No. 03-_____ (___)
:
        Debtor.                               :
:
------------------------------------------------------------x

## ATTACHMENT TO VOLUNTARY PETITION

A.   **Consolidated List of Names Used by the Debtors in the Last Six Years**

| | |
|---|---|
| Acrilan | Monsanto Greater China |
| AMCIS | Monsanto Inter-America, Inc. |
| Ascend | Pet Hair Eliminator |
| AstroTurf | Pharmaceutical Advisors |
| Butvar | Pil-Trol |
| CarboGen | Queeny Chemical Company |
| ChroMatix | Saflex |
| Clean Machine | SC50 |
| Courtaulds Performance Films, Inc. | SEF (Self Extinguishing Fiber) Modacrylic Fiber |
| Courtaulds Performance Films of Virginia | Skydrol |
| CourtGard | SkyKleen |
| Dequest | Solutia Services, Inc. |
| Duraspun | Spray Guard |
| EPG | Statistics and Epidemiology Research Corporation |
| FormulaOne Performance Automotive Films | The Smart Yarns |
| Gila | ThermaSealed |
| Ginny | Therminol |
| KeepSafe | Ultron |
| KeepSafe Maximum | UVShield |
| Litter Buster | Vanceva |
| Llumar | Vanceva Color |
| Martin Processing, Inc. | Vanceva Design |
| Mealmaid | Vanceva Secure |
| Monchem Inter-America, Inc. | Vista |
| Monsanto Chemicals Taiwan, Inc. | Vydyne |
| Monsanto Company | Wear-Dated |

**B.     Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case, collectively the "Debtors") filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. Contemporaneously with the filing of these petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

1. Solutia Business Enterprises Inc.
2. Solutia Inc.
3. Solutia Systems, Inc.
4. Solutia Overseas, Inc.
5. CPFilms Inc.
6. Solutia Management Company, Inc.
7. Monchem International, Inc.
8. Axio Research Corporation
9. Solutia Investments, LLC
10. Beamer Road Management Company
11. Monchem, Inc.
12. Solutia Inter-America, Inc.
13. Solutia International Holding, LLC
14. Solutia Taiwan, Inc.
15. Solutia Greater China, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                    :   Chapter 11
                                         :
SOLUTIA INC.,                            :   Case No. 03-_____ (___)
                                         :
    Debtor.                              :
                                         :
---------------------------------------------------------------x

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___001-13255___.

2. The following financial data is the latest available information and refers to the debtor's condition on ___September 30, 2003___.

    a. Total assets                                                $_____2,854,000,000_____

    b. Total debts (including debts listed in 2.c., below)  $_____3,223,000,000_____

    c. Debt securities held by more than 500 holders.

| Issuance | Issue Amount | Maturity | Secured/Unsecured | Approximate No. of Holders |
|---|---|---|---|---|
| 11.25% Senior Notes | $223,000,000 | July 2009 | Secured | unknown |
| 7.375% Debentures | $300,000,000 | October 2027 | Unsecured | unknown |
| 6.72% Debentures | $150,000,000 | October 2037 | Unsecured | unknown |

    d. Number of shares of preferred stock                     ___None___     ___N/A___

    e. Number of shares common stock (as of Sept. 30, 2003)   ___104,521,233___   ___31,672___

    Comments, if any:
    _____
    _____
    _____

3. Brief description of debtor's business: ___Solutia Inc. and its subsidiaries make and sell high-performance chemical-based materials.___

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    ___Lord, Abbett & Co. (14.47%), Fidelity Management & Research (13.1%), PIMCO Equity Advisors (6.1%)___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
: 
In re : Chapter 11
:
SOLUTIA INC., : Case No. 03-_____ (___)
:
Debtor. :
:
-----------------------------------------------------------x

## EXHIBIT "C" TO VOLUNTARY PETITION

1.  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   The Debtors own the following two sites which have been or may have been alleged to pose a threat of imminent and identifiable harm to the public health or safety:
   - Property and a manufacturing facility located in Anniston, Alabama
   - Property (former disposal facility) located in Sauget, Illinois (Site R).

   In addition, the Debtors own real property consisting of complex manufacturing facilities and the infrastructure required to provide for their continued business operations. This infrastructure includes the following systems:
   - Chemical manufacture and storage,
   - Wastewater treatment facilities, and
   - Hazardous waste management areas.

   In connection with their business operations, the Debtors manufacture and handle chemicals that constitute hazardous substances, store hazardous wastes on-site in limited quantities and operate wastewater treatment facilities. All of these activities are conducted subject to, and in material compliance with, applicable regulatory requirements. The Debtors do not expect the chapter 11 filings to result in any change in their ongoing compliance with respect to their operating activities.

2.  With respect to each parcel of real property or item of personal property identified in question 1, describe nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   - Anniston Site – Alleged contamination of the site and surrounding areas from polychlorinated biphenyls (PCBs).
   - Sauget Site R – Alleged soil, sediment and groundwater contamination.