**KIRKLAND & ELLIS LLP**
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (NY RC 6062)
Jonathan S. Henes (NY JH 1979)

Attorneys for Solutia, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x

**ARMAND CORLEW, et al.,**

                Plaintiffs,                Case No: 07 CV 3258 (KMV)

       -against-                   **AFFIDAVIT OF SERVICE**

**GENERAL ELECTRIC COMPANY et al.,**

                Defendants.
_____ x

I, Jacob Goldfinger, state as follows:

    1.    I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611.

    2.    On April 27, 2007, I caused service of the attached **Notice of Bankruptcy** to be effected on the party listed below addressed as shown by overnight delivery service, prior to the latest time designated for overnight delivery:

                Leader & Berkon LLP
                630 Third Ave., 17th Floor
                New York, NY 10017
                Attn.: James Leader, Thomas Richards

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
April 30, 2007

_____
Jacob Goldfinger

State of New York            )
                             ) ss
County of New York           )

Subscribed and sworn of affirmed to before me this 30th day of April, 2007.

_____
Beverly A. Webb
Notary Public, State of New York
No. 24-4867475
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 25, 2010