AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ARMAND CORLEW, et al.,

v.

General Electric Company, et al.

APPEARANCE

Case Number: 1:07-cv-03258-UA (KMW)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

General Electric Company

I certify that I am admitted to practice in this court.

April 30, 2007
Date

*(signature)* Arthur Siegel
Signature

Arthur J. Siegel  AS5181
Print Name   Bar Number

Bond, Schoeneck & King, PLLC
111 Washington Avenue
Address

Albany   NY   12210
City   State   Zip Code

(518) 533-3000   (518) 533-3299
Phone Number   Fax Number