UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO RIGGI,
individually and on behalf of a class similarly situated,

                Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and SOLUTIA,
INC.,

                Defendants.

Case No. 07-CV-3258
(KMW)

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    1.    James K. Leader jkleader@leaderberkon.com
          Thomas K. Richards trichards@leaderberkon.com
          Leader & Berkon, LLP
          Attorneys for Solutia, Inc.

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

185729.1 4/30/2007

1. Thomas M. Carney
   Kenneth R. Heineman
   Carol A. Rutter
   Adam Miller
   Mark G. Arnold
   Husch & Eppenberger, LLC
   Attorneys for Monsanto Company and Pharmacia Corporation
   The Plaza in Clayton Office Tower
   190 Carondelet Plaza, Suite 600
   St. Louis, MO   63105

2. Lawrence P. Biondi
   Attorneys for Plaintiff
   Law Offices of Lawrence P. Biondi
   81 Main Street – Suite 504
   White Plains, NY   10601

*[signature]*

Arthur J. Siegel