| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------------<br><br>ARMAND CORLEW, VINCENT RIGGI, STEPHEN CERNAK, JR., RUTH DEPAOLO and ANGELO RIGGI, individually and on behalf of a class similarly situated,<br><br>                      Plaintiffs,<br><br>                  v.<br><br>GENERAL ELECTRIC COMPANY, MONSANTO COMPANY, PHARMACIA CORPORATION and SOLUTIA, INC.,<br><br>                      Defendants.<br>-------------------------------------------------------------- | **NOTICE OF MOTION**<br>Civil Action No.:<br>07-CV-3258 (KMW) |

| | |
|---|---|
| Motion By: | Defendant General Electric Company |
| Date, Time and Place of Motion: | May 30, 2007, at 9:00 a.m., or as soon thereafter as counsel can be heard, at the United States District Court, 500 Pearl Street, New York, NY. |
| Supporting Papers: | Affidavit of Arthur J. Siegel with exhibit; Memorandum of Law |
| Relief Requested: | An Order pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure dismissing plaintiffs' complaint. |

Answering Papers:                    Pursuant to Rule 6.1(b), answering papers must
                                     be served at least ten (10) days prior to the
                                     return date.

Dated: April 30, 2007                Respectfully submitted,


                                     BOND, SCHOENECK & KING, PLLC
                                         Attorneys for Defendant General Electric
                                         Company

                                     By: _____
                                         Arthur J. Siegel (AS5181)
                                     Office & P.O. Address
                                     111 Washington Avenue
                                     Albany, New York 12210
                                     Telephone: (518) 533-3000

TO:    Lawrence P. Biondi
       Attorneys for Plaintiff
       Law Offices of Lawrence P. Biondi
       81 Main Street – Suite 504
       White Plains, NY 10601

       James K. Leader
       Thomas K. Richards
       Leader & Berkon, LLP
       Attorneys for Solutia, Inc.
       630 Third Avenue, 17th Floor
       New York, NY 10017

       Thomas M. Carney
       Kenneth R. Heineman
       Carol A. Rutter
       Adam Miller
       Mark G. Arnold
       Husch & Eppenberger, LLC
       Attorneys for Monsanto Company and Pharmacia Corporation
       The Plaza in Clayton Office Tower
       190 Carondelet Plaza, Suite 600
       St. Louis, MO 63105

185732.1