UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMAND CORLEW, VINCENT RIGGI, STEPHEN CERNAK, JR., RUTH DEPAOLO and ANGELO RIGGI, individually and on behalf of a class similarly situated,

                Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, MONSANTO COMPANY, PHARMACIA CORPORATION and SOLUTIA, INC.,

                Defendants.

Case No. 07-CV-3258
(KMW)

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. James K. Leader jkleader@leaderberkon.com
   Thomas K. Richards trichards@leaderberkon.com
   Leader & Berkon, LLP
   Attorneys for Solutia, Inc.

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

185729.1 4/30/2007

1.  Thomas M. Carney
    Kenneth R. Heineman
    Carol A. Rutter
    Adam Miller
    Mark G. Arnold
    Husch & Eppenberger, LLC
    Attorneys for Monsanto Company and Pharmacia Corporation
    The Plaza in Clayton Office Tower
    190 Carondelet Plaza, Suite 600
    St. Louis, MO   63105

2.  Lawrence P. Biondi
    Attorneys for Plaintiff
    Law Offices of Lawrence P. Biondi
    81 Main Street – Suite 504
    White Plains, NY   10601

*Arthur J. Siegel*

Arthur J. Siegel