UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
ARMAND CORLEW, et al.,

                     Plaintiffs,

             07 CV 3258 (KMW)

-against-

             **NOTICE OF**
GENERAL ELECTRIC COMPANY, et al.,    **MOTION TO DISMISS**

                     Defendants.
——————————————————————X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum in Support of Motion to Dismiss and all prior pleadings and proceedings, Defendants Monsanto Company and Pharmacia Corporation, by their attorneys, Leader & Berkon LLP and Husch & Eppenberger, LLC, will move this Court before the Honorable Kimba M. Wood, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on May 30, 2007, or as soon thereafter as counsel can be heard, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), dismissing all Counts of the Complaint except for Counts I and III, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York                     LEADER & BERKON LLP
       April 30, 2007

                                                        By: /s/ James K. Leader
                                                        JAMES K. LEADER (JL-9417)
                                                        630 Third Avenue, 17th Floor
                                                        New York, New York 10017
                                                       (212) 486-2400

                                                                -and-

                                                  Thomas M. Carney, Esq.
                                                  Kenneth R. Heineman, Esq.
                                                  Carol A. Rutter, Esq.
                                                  Adam Miller, Esq.
                                                  Mark G. Arnold, Esq.
                                                  HUSCH & EPPENBERGER, LLC
                                                  The Plaza in Clayton Office Tower
                                                  190 Carondelet Plaza, Suite 600
                                                  St. Louis, MO 63105
                                                  (314) 480-1500

                                                  *Attorneys for Defendants*
                                                  *Monsanto Company and Pharmacia*
                                                  *Corporation*

TO:    Lawrence P. Biondi, Esq.
         Law Offices of Lawrence P. Biondi
         81 Main Street, Suite 504
         White Plains, New York 10601

         *Attorneys for Plaintiffs*