1914 946 7372    LAW OFFICE OF LAWE      01:42:25 p.m.    05-23-2007    2 /3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ARMAND CORLEW, VINCENT RIGGI, STEPHEN      07-CV-3258 (SCR)(MW)
CERNAK, JR., RUTH DEPAOLO and ANGELO
RIGGI, individually and on behalf of a class similarly      **STIPULATION AND**
situated,      **ORDER**

         Plaintiffs,

     -against-

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and
SOLUTIA, INC.,

         Defendants.
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/07

     IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that the time for plaintiffs to serve opposing papers to defendants' Motion to Dismiss, filed on April 30, 2007, be, and it hereby is, extended for the first time from May 20, 2007 to and including June 15, 2007.

     IT IS FURTHER STIPULATED AND AGREED that the time for defendants to serve reply papers, if any, in further support of their Motion to Dismiss, be, and it hereby is, extended for the first time from May 30, 2007 to and including June 29, 2007.

Dated: White Plains, New York      LAW OFFICES OF LAWRENCE P. BIONDI
        May 9, 2007

By: _____
Lawrence P. Biondi (LB 9167)
81 Main Street - Suite 504
White Plains, New York 10601
(914) 946-5093

LEADER & BERKON, LLP

By: _____
James K. Leader (JL 9417)
630 Third Avenue, 17th Floor
New York, New York 10017
(212) 486-2400
     -and-
Thomas M. Carney
Kenneth K. Heineman
Carol A. Rutter

SO ORDERED:

_____
Loretta A. Preska
U.S.D.J.

Part I

Adam Miller
Mark G. Arnold
HUSCH & EPPENBERGER, LLC
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

Attorneys for Defendants
Monsanto Company and Pharmacia
Corporation

BOND, SCHOENECK & KING, PLLC

By: _____
Arthur J. Siegel (AS 5181)
111 Washington Avenue
Albany, New York 12210
(518) 533-3000

Attorneys for Defendant
General Electric Company