UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   07-CV-3258 (KMW)
ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO                **AFFIDAVIT**
RIGGI, individually and on behalf of a class similarly
situated,

                              Plaintiffs,

    -against-

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and
SOLUTIA, INC.,

                              Defendants.
------------------------------------------------------------X

    Vincent Riggi, being duly sworn, deposes and says:

    That I am one of the named plaintiffs herein. I presently reside at 2138 Campbell Avenue, Schenectady, NY 12306 and I have continuously resided at this location for the last 33 years.

    That I was not aware that PCBs contaminated my property until I was advised of the results of testing of soil samples collected from my property on or about April 20, 2006. I was thereafter advised of the results which revealed elevated levels of PCBs on my property. Prior to obtaining these results, I had absolutely no knowledge that PCBs were being emitted from the General Electric Main Plant and were contaminating my property. I was never advised by anyone that my property, and the residents thereof, were exposed to PCBs from any source.

    That I never learned from any media source that any health problem, or potential health problem,

existed in connection with PCB contamination and exposure from the GE Main Plant.

Dated: White Plains, New York
      May 24, 2007

State of New York — ss
Co. of Schenectady

_____
Vincent Riggi

Sworn to before me this
4th day of May, 2007

_____
Notary Public

