UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    07-CV-3258 (KMW)
ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO                              **AFFIDAVIT**
RIGGI, individually and on behalf of a class similarly
situated,

                              Plaintiffs,

    -against-

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and
SOLUTIA, INC.,

                             Defendants.
------------------------------------------------------------------X

    Stephen Cernak, Jr., being duly sworn, deposes and says:

    That I am one of the named plaintiffs herein. I presently reside at 59 Sacandaga Road, Schenectady, New York 12302 and I have continuously resided at this location for the last eleven years.

    That I was not aware that PCBs contaminated my property until I was advised of the results of testing of soil samples collected from my property on or about April 20, 2006. I was thereafter advised of the results which revealed elevated levels of PCBs on my property. Prior to obtaining these results, I had absolutely no knowledge that PCBs were being emitted from the General Electric Main Plant and were contaminating my property. I was never advised by anyone that my property, and the residents thereof, were exposed to PCBs from any source.

    That I never learned from any media source that any problem, or potential problem, existed in connection with PCB contamination and exposure from the GE Main Plant. The first time I learned that a potential health problem existed was when I was advised of the results of blood serum testing for PCBs.

My blood sample was collected on March 14, 2007 and I was advised of the results after the appropriate testing was performed on same. The results revealed that I had elevated levels of PCBs in my blood.

Dated: White Plains, New York
      May 14, 2007

                                            Stephen Cernak, Jr.

Sworn to before me this
15 day of May, 2007

Notary Public

NICOLE M. SORRENTINO
Notary Public, State Of New York
Qualified In Montgomery County
No. 01SO6029883
Commission Expires August 30, 2009