UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X       07-CV-3258 (KMW)
ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO                                **AFFIDAVIT**
RIGGI, individually and on behalf of a class similarly
situated,

                           Plaintiffs,

      -against-

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and
SOLUTIA, INC.,

                           Defendants.
------------------------------------------------------------X

    Ruth DePaolo, being duly sworn, deposes and says:

    That I am one of the named plaintiffs herein. I presently reside at 67 Cheltingham Street, Schenectady, New York 12306 and I have continuously resided at this location for the last forty-four years.

    That I was not aware that PCBs contaminated my property until I was advised of the results of testing of soil samples collected from my property on or about April 20, 2006. I was thereafter advised of the results which revealed elevated levels of PCBs on my property. Prior to obtaining these results, I had absolutely no knowledge that PCBs were being emitted from the General Electric Main Plant and were contaminating my property. I was never advised by anyone that my property, and the residents thereof, were exposed to PCBs from any source.

    That I never learned from any media source that any problem, or potential problem, existed in connection with PCB contamination and exposure from the GE Main Plant. The first time I learned that a potential health problem existed was when I was advised of the results of blood serum testing for PCBs.

My blood sample was collected on March 14, 2007 and I was advised of the results after the appropriate testing was performed on same. The results revealed that I had elevated levels of PCBs in my blood.

Dated: White Plains, New York
      May 14, 2007

                                                *Ruth DePaolo*
                                                Ruth DePaolo

Sworn to before me this
15 day of May, 2007

*Delores A. Donguzze*
Notary Public 9/20/08