**BOND, SCHOENECK & KING, PLLC**

ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

ARTHUR J. SIEGEL, ESQ.
Direct: 518-533-3211
Fax: 518-533-3299
asiege@bsk.com

June 26, 2007

**VIA ELECTRONIC FILING**

Honorable Victor Marrero
Southern District of New York
U.S. Courthouse, Room 660
500 Pearl Street
New York, New York  10007-1312

Re:    *Corlew v. GE  et. al.  Case No. 06 Civ. 0266(vm)*

Dear Judge Marrero:

Please be advised that this law firm represents General Electric Company ("GE"), one of the defendants in the Armand Corlew matter.  We write this letter in compliance with your Order dated June 18, 2007 in which you request that we address why this matter should not be transferred to the Northern District of New York pursuant to 28 U.S.C. § 1404(a).

It is GE's position that the Corlew case remain venued in the Southern District of New York.  Although GE's headquarters is not within the Southern District, certain GE fact and expert witnesses are in close proximity to  the Southern District.  Accordingly, it will not be burdensome for GE to defend this case in the Southern District.

Moreover, plaintiff originally chose New York County within which to bring the Corlew action, indicating  that this forum will not be  inconvenient or burdensome to Plaintiffs.

For these reasons, as well as  those reasons set forth in Mr. Leader's letter to the Court, GE respectfully requests that the venue of the Corlew action remain in the Southern District.

With respect to consolidation, GE respectfully requests the opportunity to address the Court as to why GE believes consolidation of the three cases for all purposes is unworkable and not in the interests of justice.  We also adopt by reference the comments in Mr. Leader's letter to the Court with respect to consolidation.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Arthur J. Siegel

Honorable Victor Marrero
June 26, 2007
Page 2


cc:     Lawrence P. Biondi, Esq.
        James K. Leader, Esq.
        Carol A. Rutter, Esq.

189097.1 6/26/2007