UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO RIGGI,
individually and on behalf of a class similarly situated,

           Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and SOLUTIA,
INC.,

           Defendants.

Case No. 07-CV-3258 (VM)

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> James K. Leader jkleader@leaderberkon.com
> Thomas K. Richards trichards@leaderberkon.com
> Leader & Berkon, LLP
> Attorneys for Solutia, Inc.
>
> Carol A. Rutter carol.rutter@husch.com
> Adam E. Miller  adam.miller@husch.com
> Husch & Eppenberger, LLC
> Attorneys for Monsanto Company and Pharmacia Corporation
>
> Lawrence P. Biondi lbiondi@lpblawfirm.com
> Attorneys for Plaintiff
> Law Offices of Lawrence P. Biondi

           s/Arthur J. Siegel
           _____
           Arthur J. Siegel