UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO RIGGI,
individually and on behalf of a class similarly situated,

Case No. 07-CV-3258
(VM)

                    Plaintiffs,

          v.

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and SOLUTIA,
INC.,

                    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of

the District Court using the CM/ECF system, which sent notification of such filing to the

following:

> James K. Leader jkleader@leaderberkon.com
> Thomas K. Richards trichards@leaderberkon.com
> Leader & Berkon, LLP
> Attorneys for Solutia, Inc.

> Carol A. Rutter carol.rutter@husch.com
> Adam E. Miller  adam.miller@husch.com
> Husch & Eppenberger, LLC
> Attorneys for Monsanto Company and Pharmacia Corporation

> Lawrence P. Biondi lbiondi@lpblawfirm.com
> Attorneys for Plaintiff
> Law Offices of Lawrence P. Biondi

                              s/Arthur J. Siegel
                              _____
                              Arthur J. Siegel

185729.1 7/3/2007