UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMAND CORLEW, VINCENT RIGGI, STEPHEN
CERNAK, JR., RUTH DEPAOLO and ANGELO RIGGI,
individually and on behalf of a class similarly situated,

                          Plaintiffs,

               v.

GENERAL ELECTRIC COMPANY, MONSANTO
COMPANY, PHARMACIA CORPORATION and SOLUTIA,
INC.,

                          Defendants.

Case No. 07-CV-3258
(VM)

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

      James K. Leader jkleader@leaderberkon.com
      Thomas K. Richards trichards@leaderberkon.com
      Leader & Berkon, LLP
      Attorneys for Solutia, Inc.

      Carol A. Rutter carol.rutter@husch.com
      Adam E. Miller adam.miller@husch.com
      Husch & Eppenberger, LLC
      Attorneys for Monsanto Company and Pharmacia Corporation

      Lawrence P. Biondi lbiondi@lpblawfirm.com
      Attorneys for Plaintiffs
      Law Offices of Lawrence P. Biondi

And mailed same via first class mail to:

>Thomas M. Carney
>The Plaza in Clayton Office Tower
>190 Carondet Plaza
>Suite 600
>St. Louis, MO 63105

_____
Arthur J. Siegel