UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ARMAND CORLEW, et al.

                              Plaintiffs,

                                                    06 CV 0266 (VM)
        - against -                                 (formerly 07 CV 3258)

GENERAL ELECTRIC COMPANY, et al.

                              Defendants.
_____X

**PLAINTIFFS' FIRST RULE 34 REQUEST FOR ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES DIRECTED TO DEFENDANT GE**

TO:    ARTHUR SIEGEL
       BOND, SCHOENECK & KING, LLP
       111 WASHINGTON AVENUE
       ALBANY, NY 12210

        Plaintiffs pursuant to Rule 34 of the Federal Rules of Civil Procedure, request that

General Electric Company ("Defendant") permit entry by Plaintiffs or persons acting on their

behalf, upon its property located at 1 River Road, Schenectady, New York ("Schenectady

Facility").

        Specifically, Plaintiffs request that they be allowed to enter upon and inspect Defendant's

Schenectady Facility from July 15, 2008 – July 18, 2008.

Dated:  White Plains, New York
        June 19, 2008

                            LAW OFFICE OF LAWRENCE P. BIONDI
                            By:_____
                             Lawrence P. Biondi (9167)
                             Law Office of Lawrence P. Biondi
                             81 Main Street - Suite  504
                             White Plains, New York 10601
                             Telephone: (914) 946-5093

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed, by U.S. Mail, postage prepaid, this 19th day of June, 2008, to the following attorneys of record:

LEADER & BERKON LLP
*Attorneys for the Pharmacia Defendants*
630 Third Avenue 17th Floor
New York, New York 10017
(212) 486-2400

HUSCH, BLACKWELL & SANDERS, LLP
*Attorneys for the Pharmacia Defendants*
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
(314) 480-1500

BOND, SCHOENECK & KING, PLLC
*Attorneys for Defendant General Electric Company*
111 Washington Avenue
Albany, New York 12210
(518) 533-3000

LAW OFFICE OF LAWRENCE P. BIONDI

By: _____
Lawrence P. Biondi (9167)
Law Office of Lawrence P. Biondi
81 Main Street – Suite 504
White Plains, New York 10601
Telephone: (914) 946-5093

06CV 0266 (VM)
(formerly 07 Civ. 3258)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARMAND CORLEW, et al.,

                Plaintiffs,

   -against-

GENERAL ELECTRIC COMPANY, et al.,

                Defendants

---

## **PLAINTIFFS' FIRST RULE 34 REQUEST FOR ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES DIRECTED TO DEFENDANT GE**

---

Law Offices of
# LAWRENCE P. BIONDI
Attorneys for Plaintiff(s)
81 Main Street – Suite 504
White Plains, New York 10601
Tel. (914) 946-5093